UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-7089-CIV-LENARD/TORRES

**BETH FORRY**,

    Plaintiff,

vs.

**FEDERATED FINANCIAL SERVICES, INC.,**

    Defendant.
_____/

**UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,

    Plaintiff,

and

**SARAH HOFFMAN, TAREN BUSICK, LYNDA FLEEK, AND BRANDY WILCOX,**

    Plaintiff-Intervenors,

v.

**FEDERATED FINANCIAL SERVICES, INC.,**

    Defendant.
_____/

## **OMNIBUS ORDER**

    **THIS CAUSE** is before the Court on the Magistrate Judge's Supplemental Report and

Recommendation ("Supplemental Report," D.E. 334), issued on January 25, 2010. This

matter was referred to the Magistrate Judge for a supplemental report regarding certain additional relief sought by Plaintiff-Intervenors. (See D.E. 333.) The Supplemental Report recommends the Court: (1) grant in part and deny in part Plaintiff-Intervenors' Motion for Entry of Final Order and Judgment (D.E. 328), filed on October 16, 2009; (2) adopt the Magistrate Judge's October 6, 2009, Report (D.E. 324); (3) grant the EEOC's Motion to Enforce Court-Ordered Consent Decree (D.E. 269); (4) deny Defendant's Motion for Modification of Consent Decree (D.E. 275); (5) grant in part the EEOC's Motion for Three-Month Extension of Consent Decree (D.E. 306) and extend the consent decree an additional sixty days; (6) enter a final judgment in Plaintiff-Intervenors' favor and against Defendant in the amount of $111,525.00 plus interest accruing at the statutory rate from February 21, 2005; (7) issue a writ of execution on the final judgment; (8) enter an order compelling Defendant to pay the EEOC's costs as a result of Defendant's non-compliance; and (9) deny the request to find Defendant in civil contempt. The Parties were provided fourteen (14) days to file objections to the Supplementary Report. To date, no objections have been filed. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Supplementary Report, related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Supplementary Report and Recommendation of the Magistrate Judge (D.E. 334), issued on January 25, 2010, is **ADOPTED**;

2

2. Consistent with the Supplementary Report and this Order, Plaintiff-Intervenors' Motion for Entry of Final Order and Judgment (D.E. 328), filed on October 16, 2009, is **GRANTED IN PART** and **DENIED IN PART**;

3. The Report and Recommendation of the Magistrate Judge (D.E. 324), issued on October 6, 2009, is **ADOPTED**;

4. Plaintiff EEOC's Motion to Enforce Court-Ordered Consent Decree (D.E. 269), filed on April 3, 2007, is **GRANTED IN PART**;

5. Defendant's Motion for Modification of Consent Decree (D.E. 275), filed on April 25, 2007, is **DENIED**;

6. Plaintiff EEOC's for Three-Month Extension of Consent Decree (D.E. 306), filed on February 28, 2008, is **GRANTED IN PART** and the consent decree is hereby extended an additional sixty (60) days;

7. Final Judgment is **ENTERED** in favor of Plaintiff-Intervenors and against Defendant Federated Financial Services, Inc., in the amount of $111,525.00, plus interest accruing at the statutory rate from February 21, 2005, the date Defendant first defaulted on its payments to Plaintiff-Intervenors under the consent decree, for which sum let execution issue;

8. Defendant is ordered to pay the EEOC's costs incurred as a direct result of Defendant's non-compliance with the consent decree;

9. Plaintiff-Intervenors' request to find Defendant in civil contempt is **DENIED**;

10. All other pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 25th day of February, 2010.

/s/ Joan A. Lenard
_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**